```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**WANDA MCCOY, et al.,**

    **Plaintiffs,**

**v.**                        **CIVIL ACTION NO. 1:09-1271**

**SOUTHERN ENERGY HOMES, INC.,**

    **Defendants.**

### MEMORANDUM OPINION AND ORDER

    Pending before the court is the motion for summary judgment filed by defendant Southern Energy Homes, Inc. (Doc. # 80). On September 1, 2011, the Clerk entered judgment against Southern Energy in the amount of $20,000.00, pursuant to Federal Rule of Civil Procedure 68. Accordingly, the motion for summary judgment is DENIED as moot.

    The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

    It is SO ORDERED this 11th day of October, 2011.

                                    ENTER:

                                    _____
                                    David A. Faber
                                    Senior United States District Judge